IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 10 P 3: 17

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| DELONTE TAYLOR, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. JFM-02-4039 |
| STATE OF MARYLAND, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the foregoing Motion for Extension of Time, it is this

10th day of January, 2003, by the United States District Court for the District of Maryland,

**ORDERED**, that the time for Defendants State of Maryland, Stuart O. Simms, William Sondervan and Ronald Hutchinson, to file a response to the complaint is hereby extended to and including February 17, 2003.

J. FREDERICK MOTZ
United States District Judge

4