### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| DELONTE TAYLOR, | * | |
| Plaintiff | * | |
| v. | * | Civil No. JFM-02-4039 |
| STATE OF MARYLAND, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

### ORDER

Upon good cause shown, it is hereby ORDERED this _____ day of March, 2003, that Plaintiff's time for filing a response to Defendant's Motion for Summary Judgment is extended to _____ 2003.

_____
J. Frederick Motz
United States District Judge