## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DELONTE TAYLOR,            *
    Plaintiff
                                 *

v.                         *       Case No.: JFM-02-4039
                                 *

STATE OF MARYLAND, et.al.,
    Defendants          *

    *  *  *  *  *  *  *  *  *  *  *  *

## FIRST AMENDED COMPLAINT

Delonte Taylor, Plaintiff, by his attorney Gerard P. Uehlinger, sues the State of Maryland, Stuart O. Simms, Esq., Secretary, William Sondervan, Commissioner, Ronald Hutchinson, Warden, John Doe No. 1, John Doe No. 2 and John Doe No. 3 and as grounds therefor, says:

1. Delonte Taylor, Plaintiff, was and is an inmate incarcerated under the laws of the State of Maryland at Maryland House of Correction, Jessup, Maryland ("Prison") at all times pertinent hereto.

2. At all time pertinent hereto Stuart O. Simms, Esq. has been the head of the Department of Public Safety and Correctional Services, which is the governmental agency responsible for the custody and care of inmates at the prison and other facilities of the Maryland correctional system.

3. William Sondervan has been Commissioner of Corrections of the State of Maryland at all times pertinent hereto.

4. Ronald Hutchinson was the warden of the Prison at all times pertinent hereto.

5. John Doe #1 was a correctional officer at the Prison on duty at the time of the incident complained herein.

6. John Doe #2, was a correctional officer at the Prison on duty at the time of the incident complained herein.

7. John Doe #3, was a correctional officer at the Prison on duty at the time of the incident complained herein.

8. Plaintiff has exhausted all administrative remedies available to him under Maryland law.

9. Plaintiff has provided the State of Maryland with notice of this claim in a timely manner.  The State of Maryland has rejected this claim.

## COUNT ONE

10. On December 15, 1999 Plaintiff was an inmate at Maryland House of Corrections in Jessup, Maryland.  He was assigned to C Dormitory.

11. The State of Maryland and all Defendants have a duty to provide humane conditions of confinement which includes protecting prisoners from violence at the hands of other prisoners.

12. On December 15, 1999 at approximately 8:30 p.m., Plaintiff was attacked by several masked inmates in the shower area inside C Dormitory of the Prison.  The inmates repeatedly stabbed him in the front and back of his

body with homemade instruments and also threw hot baby oil on him.

13. As a result of the attacks, Plaintiff was severely injured about his body, suffered burns and scarring, was hospitalized at University of Maryland Shock Trauma for four days and was in the prison infirmary thereafter; he suffered tremendous pain and suffering, incurred permanent damages and scarring, and was otherwise injured and damaged.

14. All of the above was caused by the negligence of Defendants, to wit:

   a) failure to provide a safe environment for inmates;

   b) failure to secure the premises from illegal contraband;

   c) failure to provide staffing sufficient to control inmate behavior;

   d) failure to place staff in physical locations where they can control inmate behavior;

   e) failure to monitor the area properly at the time of the incident;

   f) failure to respond appropriately to previous complaints and incidents of violence and other dangerous inmate behavior;

   g) and in other respects Defendants were negligent.

15. The Defendants' errors and omissions and the above failures constituted deliberate and reckless indifference to a substantial risk of serious harm to Plaintiff.

16. All of the above breaches caused the incident and injuries and damages complained of, without any negligence on the part of Plaintiff contributing thereto.

WHEREFORE, Plaintiff Delonte Taylor claims One Million Dollars ($1,000,000) compensatory damages against Defendants, jointly and severally, plus attorneys fees, costs and such other and further relief as justice may require.

## COUNT TWO

Plaintiff incorporates by reference the allegations of paragraphs one through sixteen and says:

17.   By the above actions and inactions Defendants violated Plaintiff's civil rights under color of state law which is actionable under 42 U.S.C. section 1983.

18.   As a result of the violations of 42 U.S.C. section 1983, Plaintiff has been injured and damaged as aforesaid.

WHEREFORE, Plaintiff Delonte Taylor claims One Million Dollars ($1,000,000) compensatory damages against Defendants, jointly and severally, plus attorneys fees, costs and such other and further relief as justice may require.

_____
Gerard P. Uehlinger
28 W. Allegheny Avenue
Suite 1210
Towson, MD 21204
410-821-0025
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of February, 2003, I mailed a copy of the First Amended Complaint, by first class mail, postage prepaid, to:

J. JOSEPH CURRAN, JR.
Attorney General of Maryland

and

SHARON STANLEY STREET
Assistant Attorney General

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, MD 21202

_____
Gerard P. Uehlinger