### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| DELONTE TAYLOR, | * | |
|     Plaintiff | * | |
| v. | * | Civil No. JFM-02-4039 |
| STATE OF MARYLAND, et al., | * | |
|     Defendants | * | |

\* * * * * * * * * *

### PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY MATERIAL

I HEREBY CERTIFY that on this_____ day of February, 2003, a copy of Plaintiff's First Request for Production of Documents and First Set of Interrogatories were mailed by first-class mail, postage prepaid, to the following:

> J. JOSEPH CURRAN, JR.
> Attorney General of Maryland
> and
> SHARON STANLEY STREET
> Assistant Attorney General
>
> St. Paul Plaza - 19th Floor
> 200 St. Paul Place
> Baltimore, MD 21202

 

> _____
> GERARD P. UEHLINGER
> 28 W. Allegheny Avenue
> Suite 1210
> Towson, Maryland  21204
> (410) 821-0025
> Attorney for Plaintiff