**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| DELONTE TAYLOR,<br>　　Plaintiff | *<br>*<br>* |
| v. | Case No.: JFM-02-4039 |
| STATE OF MARYLAND, et al.,<br>　　Defendants | *<br>*<br>* |

\* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF GERARD P. UEHLINGER, ESQ. IN
SUPPORT OF MOTION FOR CONTINUANCE**

I, Gerard P. Uehlinger, Esq., being duly sworn, depose and say as follows:

1. I am over eighteen (18) years of age and am competent to testify to the matters asserted herein, of which I have personal knowledge.

2. As counsel for Delonte Taylor, who remains confined in the Maryland Correctional System, I have reviewed Defendant's Motion for Summary Judgment.

3. Defendant's Motion is based upon Defendant's counsel's bald assertions that Defendants "did not know of any excessive risk to Plaintiff's safety before the alleged assault." Memorandum, p.5. In addition, defense counsel asserts "moreover, there is certainly no evidence that either Defendant was aware of facts where the inference could be drawn that a

EXHIBIT A

substantial risk of serious harm exists, nor is there any evidence that Defendants drew such an inference. At no time was the administration at MHC alerted that Plaintiff needed protection from the inmates who ultimately assaulted him. Accordingly, there is nothing to indicate that Defendants had knowledge of or were indifferent to Plaintiff's safety concerns. As such, there is no evidence that Defendants violated Plaintiff's rights and failed to protect him."

4. The above is merely conclusory , and Plaintiff needs additional evidence to set forth for this court information which could lead to a contrary inference and thus defeat summary judgment.

5. The thrust of Plaintiff's allegations are that the Defendant's incarceration system was insufficient to protect him. Based on experience and newspaper reports (see Baltimore Sun article attached hereto as Exhibit One), officials in the prison system knew of on going dangers, but did little if anything to protect prisoners' safety.

6. In summary, Plaintiff needs discovery in order to defeat Defendant's subjective assertions and to produce additional evidence and set forth genuine disputes as to material facts.

_____
Gerard P. Uehlinger, Esq.

EXHIBIT A

EXHIBIT A