

## Md.'s Dorms for the Dangerous

## New Buildings Can't Eliminate Barracks-Style Prison Housing

*Raja Mishra Washington Post Staff Writer*
December 19, 1999; Page C9

It's a lazy morning in H-Dorm, a 92-inmate prison dormitory at the House of Correction in Jessup that is home to some of Maryland's most violent criminals. An inmate with a large black cross tattooed on his chiseled chest converses amiably with a friend in the shower area. Rap music gently echoes about the dimly lit, basketball-court-sized room. Two men lying on adjacent beds exchange newspaper sections as they rub the sleep from their eyes.

But in these simple gestures, Capt. Robert Koppel, the corrections officer in charge of H-Dorm, sees potential for mischief and possibly danger. Deals can be made. Threats can be issued. Plots can be hatched.

And with one corrections officer often monitoring all 92 men, most of the inmates' activities go unseen and unheard.

"They're a powder keg. Despite all we've done, the inmates know they have control," said Koppel, who patrolled the dormitory alone on the night shift for three years before being promoted.

H-Dorm is a prison rarity: the system's most serious offenders living in open quarters. Federal prisons don't do this. Virginia's system doesn't, either. However, a handful of state systems across the country, burdened by budget and space crunches, do. The House of Correction houses 481 inmates in dorms--just under half its population. The state's maximum-security Correctional Institution for Women houses 42 inmates in dorms.

Two of the year's high-profile prison lapses occurred in these barracks-style spaces at the Jessup prison. Convicted murderer Dennis Wise ran a lucrative in-house contraband operation by recruiting and organizing inmates in dorm areas. He was removed in February, but only after a massive overhaul of the prison. In May, prison officials were unaware that convicted murderer Gregory Lawrence had escaped for almost three hours because of confusion during a count of dorm inmates. He was later recaptured.

Corrections officials hope a maximum-security prison in Cumberland scheduled to open in stages beginning next year will lower the dorm population in Jessup, though they are unsure how much until the prison is completed several years from now.

They have mounted an aggressive campaign in recent months to tame the dorms by weeding out likely troublemakers. Corrections officials also are attempting to instill an honor code among dorm inmates, rewarding them for policing themselves.

But this is just making the best of an undesirable--and unavoidable--situation, said corrections officials, politicians and criminal justice experts. Dorms will be a part of the state prison system for the foreseeable future, they said.

"We've seen more growth in the inmate population in the last decade than ever before in our history," said William W. Sondervan, Maryland's corrections commissioner. "We just can't keep up, despite spending a fortune on new prisons."

The corrections budget has roughly doubled in the last decade, as has the prison population. But the new prisoners are more violent, stay in prison longer and ultimately cost more to house and guard. According to U.S. Justice Department statistics, 65 percent of Maryland's new prisoners from 1990 to 1997 were convicted of violent crimes; the national average was 50 percent.

Maryland keeps these prisoners incarcerated longer than all but nine states, according to the Justice Department.

"It's evolving into a population of people with long histories of violent or predatory behavior," said Del. Peter Franchot (D-Montgomery), who until Dec. 1 was chairman of the House subcommittee that oversees funding of the state prison system.

One of Franchot's priorities while overseeing the plans for the new prison in Cumberland was to make sure it was dorm-free.

"No rational person can support maximum- or even minimum-security prisoners in dorms. They're breeding grounds for disciplinary problems and hazards to corrections officers," he said.

H-Dorm consists of four rows of 23 beds. Each bed is accompanied by a desk and locker.

Privacy is almost nonexistent. The beds are at most seven feet apart. Inmates can wander to a recreation room with ping-pong and pool tables or the large-screen TV area.

They have access to pay phones, laundry machines and a mini-barber shop staffed by inmates. But these areas are usually filled with other inmates. The most secluded spot is the shower. It's also the most dangerous spot.

Before the recent wave of prison reforms, shower assaults were an almost daily occurrence, corrections officials said. Showers are in an enclosed room at the far end of the dorm, totally blocked from view of guards.

"If somebody got beat in the shower, the one corrections officer on duty had to call for backup before going in. That took time. The person getting beat was doomed," said Louis R. Stewart, the assistant warden.

Each dormitory is monitored by a single officer, who sits in a caged office at one end of the dorm. There is a caged perimeter walk that officers use to make patrol rounds of the dorm. The wing that houses all three dormitories is the farthest area in the prison from its central command unit, making security response times that much longer.

In the federal prison system, only lower-security facilities have dorms, said Daniel Dunne, a spokesman for the Federal Bureau of Prisons.

"The thing about dorms is that you're dealing with a wide-open area with inmates who have direct contact with other inmates. Controlling a violent situation becomes much more complicated," he said.

The linchpin of prison security is the lockdown: Following a violent incident, all prisoners are locked in their cells in order to diffuse tension and prevent rioting. Kevin Wright, a professor of criminal justice at the Binghamton campus of the State University of New York, noted: "You've got some individuals that would be much easier to control if you could lock them down. . . . But in a dorm you can't do a lockdown.'

State corrections officials recalled numerous instances in which the dorm setup made a bad situation worse.

"You'd come into the dorm to break up something, and all the prisoners would huddle around whoever was responsible," Koppel said. "It would just make things more tense. Other times, the entrance to the dorm would be barricaded with beds or benches."

Koppel and his colleagues said that since the dorm reforms took effect early this year, violence has dropped dramatically. However, the number of reported infractions in the dorms in the first half of 1999 is up slightly from last year, according to state records.

Corrections officials said this is because of more stringent policing rather than an increase in bad behavior. They insist the dorms have grown less violent.

The House of Correction was one of more than 30 "big house" prisons built across the country between 1870 and 1930. The infamous prisons at San Quentin and Leavenworth are sister "big house" prisons, with the term referring to the hulking castlelike appearance. Dorms made sense to prison designers of the time: Inmates would spend the day toiling on nearby farms, then return too exhausted to cause trouble.

As the prison population ballooned in the late 1970s, dorms became a way to handle the overflow and have since become a crucial part of the state corrections system.

"To keep up with the growth of the prison population, we've relied on dorms. The bottom line is we need every available bed," said Len Sipes, a department spokesman.

Dorms in Maryland Prisons

Dormitories, where up to 90 inmates live in barrack-style open quarters, are an integral part of the Maryland corrections system, despite corrections officials' discomfort with them. A rising prison population and antiquated prisons have made them a necessity.

Number of

Security inmates in

level dorms

Maryland Corrections Institute

at Jessup Medium 144

Maryland Correction Institute

at Hagerstown Medium 660

Maryland Correctional Training Center

(Hagerstown) Minimum 396

Roxbury Correctional Institution

(Hagerstown) Medium 156

Maryland House of Corrections

(Jessup) Maximum 481

Metropolitan Transition Center

(Baltimore) Medium 10

Maryland Corrections Institute for Women

(Jessup) Maximum 42

TOTAL 1,889

SOURCE: Maryland Division of Correction