<u>**IN THE UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE DISTRICT OF MARYLAND**</u>

| | | |
|---|---|---|
| DELONTE TAYLOR,<br>     Plaintiff | * | |
| | * | |
| v. | * | Civil No. JFM-02-4039 |
| STATE OF MARYLAND, et al.,<br>     Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

<u>**ORDER**</u>

Upon good cause shown, it is hereby ORDERED this _____ day of March, 2003, that Plaintiff's time for filing a response to Defendant's Motion for Summary Judgment is extended to _____ 2003.

_____
J. Frederick Motz
United States District Judge