# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                      Reply to Northern Division Address

March 19, 2003

Stephanie Lane-Weber
St. Paul Plaza - 19th Floor
200 St. Paul Place Baltimore, Maryland 21202

                     Re    Taylor v. State of Maryland, et al.
                           Case No. JFM 02-4039

Dear Counsel/Party

      Your Motion to Dismiss or, in the alternative, Motion for Summary Judgment First Amended Complaint and Opposition to Plaintiff's Motion for Continuance and to Defer Summary Judgment Response to Permit Necessary Discovery was received in paper format on 3/17/03. This document should have been filed electronically.

[ ]    The document has been scanned and filed electronically  The paper copy is being returned to you.

[X]    A one time exception has been made and the paper document has been filed.

All further filings in this case should be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

      If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

      Please be advised that any future filings which are not made electronically may be returned to you.

                                       Very truly yours

                                       /s/
                                       Evaleen Gibbons
                                       for
                                       Felicia C. Cannon, Clerk

cc    Other counsel/party

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov