IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DELONTE TAYLOR *
                                           *
    v.                              *   Civil No. JFM-02-4039
                                           *
STATE OF MARYLAND, ET AL. *
                                        *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 25th day of March 2003

ORDERED

1. Defendants' motion to dismiss or for summary judgment is treated as one to dismiss and, as such, is granted;

2. Plaintiff's motion for continuance and to defer summary judgement response to permit necessary discovery is denied; and

3. This action is dismissed because count II fails to state a claim upon which relief can be granted and because this court declines to exercise supplemental jurisdiction over plaintiff's state law claim for negligence.

                                                         /s/
                                                         J. Frederick Motz
                                                         United States District Judge